Mylar v Niagara Falls Mem. Med. Ctr. (2025 NY Slip Op 03962)

Mylar v Niagara Falls Mem. Med. Ctr.

2025 NY Slip Op 03962

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025

PRESENT: CURRAN, J.P., BANNISTER, MONTOUR, SMITH, AND DELCONTE, JJ. (Filed June 27, 2025.)

MOTION NO. (584/24) CA 23-01544.

[*1]JACKIE MYLAR, AS POWER OF ATTORNEY FOR TEAIRRA MASON, PLAINTIFF-RESPONDENT, 
v
NIAGARA FALLS MEMORIAL MEDICAL CENTER, ET AL., DEFENDANTS, FDR MEDICAL SERVICES AND LEE CHALUPKA, M.D., DEFENDANTS-APPELLANTS.

MEMORANDUM AND ORDER
Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.